# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

Fayrell Furr and Karole Jensen, Petitioners,

v.

Horry County Zoning Board of Appeals, Respondent.

Appellate Case No. 2015-000271

———

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

———

Appeal From Horry County
J. Michael Baxley, Circuit Court Judge

———

Opinion No. 27608
Heard December 2, 2015 – Filed March 2, 2016

———

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

———

Gene McCain Connell, Jr., of Kelaher Connell & Connor, P.C., of Surfside Beach, for Petitioners.

Leah Montgomery Cromer and Emma Ruth Brittain, both of Thomas & Brittain, P.A., of Myrtle Beach, for Respondent.

———

**PER CURIAM:**   We granted certiorari to review the court of appeals' opinion in *Furr v. Horry Ctny. Zoning Bd. of Appeals*, 411 S.C. 178, 767 S.E.2d 221 (Ct. App. 2014).  We now dismiss the writ of certiorari as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**PLEICONES, C.J., BEATTY, KITTREDGE, HEARN, JJ., and Acting Justice Jean H. Toal, concur.**